1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE M. HIKIDA
4  Assistant United States Attorney
   Cal. Bar No. 153268
5       300 North Los Angeles Street
        Room 7516, Federal Building
6       Los Angeles, California 90012
        Telephone: (213) 894-2285
7       Facsimile: (213) 894-7819
        katherine.hikida@usdoj.gov
8  Attorneys for Federal Defendant
   UNITED STATES OF AMERICA

           UNITED STATES DISTRICT COURT

        FOR THE CENTRAL DISTRICT OF CALIFORNIA

                   WESTERN DIVISION


| WILLIAM D. CHATMAN, | ) | NO. CV 08-2946-AHM(Ex) |
|---|---|---|
| Plaintiff, | ) | ORDER RE: |
| | ) | DISMISSAL OF ACTION |
| v. | ) | WITH PREJUDICE |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| _____ | ) | Honorable A. Howard Matz |

Pursuant to the Stipulation for Compromise Settlement that was filed with the Court on August 5, 2010, Plaintiff's action is hereby dismissed with prejudice in its entirety. Each party shall bear his or its own costs and attorneys fees.

DATED: August 5, 2010.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**

PRESENTED BY:

LAW OFFICES OF ROBERT C. MOEST

    /s/
_____
ROBERT C. MOEST

Attorney for Plaintiff
WILLIAM D. CHATMAN

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

    /s/
_____
KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Federal Defendant
UNITED STATES OF AMERICA